IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL SALVAGGI, | Civil No. 3:21-cv-647 |
| Plaintiff | (Judge Mariani) |
| v. | |
| MR. BROWN, *et al.* | |
| Defendants | |

### ORDER

**AND NOW**, this 18th day of October, 2021, upon consideration of Defendants' motion (Doc. 8) to dismiss, and for the reasons set forth in the accompanying Memorandum,

**IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 8) is **GRANTED**. The complaint is **DISMISSED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this Order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge